

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00049-CV

| | | |
|---|---|---|
| Thomas S. Diffley | § | From the 348th District Court |
| v. | § | of Tarrant County (348-269334-13) |
| JP Morgan Chase Bank, N.A. and Mortgage Electronic Registration Systems, Inc. | § | March 20, 2014 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By: /s/Lee Gabriel_____
      Justice Lee Gabriel